UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE K. SNEED,<br><br>Petitioner,<br><br>v.<br><br>M.E. SPEARMAN, Warden,<br><br>Respondent. | No. 2:18-cv-0506 KJN P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file an amended petition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 10) is granted; and

2. Petitioner shall file an amended petition within thirty days from the date of this order.

Dated: August 9, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

snee0506.111