UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KAY SNEED,<br><br>Petitioner,<br><br>v.<br><br>M. E. SPEARMAN, Warden,<br><br>Respondent. | No. 2:18-cv-0506 MCE KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel. On December 18, 2018, the undersigned ordered petitioner to show cause why this action should not be dismissed based on petitioner's failure to oppose respondent's motion to dismiss. Petitioner has now requested an extension of time to file an opposition to the motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 19) is discharged;

2. Petitioner's request for an extension of time (ECF No. 20) is granted; and

3. Petitioner shall file an opposition to the motion to dismiss within thirty days from the date of this order. Petitioner is cautioned that failure to oppose the motion to dismiss may result in the dismissal of this action.

Dated: January 23, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE